UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL ESPARZA,<br><br>    Plaintiff,<br><br>v.<br><br>SONNY PERDUE, et al.,<br><br>    Defendants. | Case No. 18-cv-07131-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to *Esparza v. U.S. Department of Agriculture*, No. 3:09-cv-00449-JSW.

**IT IS SO ORDERED.**

Dated: December 5, 2018

LAUREL BEELER
United States Magistrate Judge